**John James BELL, a/k/a Omar Abdel– Al–Mumit, Petitioner–Appellant,**

v.

**Charles M. CONDON, Attorney General of the State of North Carolina; Michael Moore, Director of South Carolina Department of Corrections, Respondents–Appellees.**

No. 00–7392.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 15, 2001.

John James Bell, pro se.

George Robert DeLoach, III, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

John James Bell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Bell v. Condon,* No. CA–99–2663–4–13BF (D.S.C. Aug. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*